FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:15 am, Aug 11, 2026
JEFFREY P. COLWELL, CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. ______________________________
(To be supplied by the court)

Essence Williams______________________________, Plaintiff

v.

Colorado Judicial Branch d/b/a Adams County Probation______________________________,

______________________________,

______________________________,

______________________________, Defendant(s).

**Jury Trial requested:**
**(please check one)**
x___ **Yes** ___ **No**

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Essence Williams — 3315 Krameria St., Denver, CO 80207
(Name and complete mailing address)

720-692-1790 — essencewilliams0302@gmail.com
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Colorado Judicial Branch d/b/a Adams County Probation
(Name and complete mailing address)

4201 E 72nd Ave., Ste. D, Commerce City, CO 80022
(Telephone number and e-mail address if known)

Defendant 2: ______________________
(Name and complete mailing address)

______________________
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

x Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

____ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

x Other: (*please specify*) Equal Pay Act of 1963, 29 U.S.C. § 206(d)

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Race Discrimination

The conduct complained of in this claim involves the following: (*check all that apply*)

_x_ failure to hire
_x_ different terms and conditions of employment
_x_ failure to promote
____ failure to accommodate disability
____ termination of employment
____ retaliation
____ other: (*please specify*) ____________________

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_x_ race
____ religion
____ national origin
____ age
____ color
____ sex
____ disability

See attached pages labeled "D. STATEMENT OF CLAIMS."

Supporting facts:

## E. ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

_x_ Yes (***You must attach a copy of the administrative charge to this complaint***)

___ No

Have you received a notice of right to sue? (*check one*)

_x_ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

___ No

## F. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

## G. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Essence Williams
(Plaintiff's signature)

8/10/2026
(Date)

(Revised February 2022)

## D. STATEMENT OF CLAIMS — CONTINUATION

### CLAIM TWO — SEX DISCRIMINATION

Conduct: different terms and conditions of employment; failure to promote.
Basis: sex.
Plaintiff is female. Plaintiff alleges that she was subjected to less favorable employment treatment in connection with hiring, advancement, and compensation than employees outside her protected group. Plaintiff's EEOC charge identifies sex as a basis of the charge.
Plaintiff's records identify male employees who were hired at higher rates despite having less education and/or experience. Plaintiff also documented a female employee with a Master's degree and experience who was hired at a higher rate than Plaintiff.

### CLAIM THREE — EQUAL PAY ACT

Statutory basis: Equal Pay Act of 1963, 29 U.S.C. § 206(d).
Conduct: unequal pay.
In or about October 2023, Plaintiff learned that she was paid less than similarly situated employees hired after her whom Plaintiff states were less experienced and qualified. Plaintiff reported the pay disparity, but the issue was not resolved.
Plaintiff's records identify male employees hired at higher rates despite having less education and/or experience. Plaintiff also documented that a female employee with a Master's degree and experience was hired at a higher rate than Plaintiff.
Plaintiff alleges that the compensation disparities were based on sex and violated the Equal Pay Act.

## E. ADMINISTRATIVE PROCEDURES / F. REQUEST FOR RELIEF — CONTINUATION

### E. ADMINISTRATIVE PROCEDURES

Plaintiff filed an administrative charge with the Equal Employment Opportunity Commission.
Plaintiff received a Notice of Right to Sue.
The EEOC charge and Notice of Right to Sue are attached to the complaint.

### F. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court, to the extent authorized by applicable law:

1. Award back pay and lost benefits resulting from unlawful compensation disparities.
2. Award front pay and/or other equitable relief where legally available.
3. Award compensatory damages where authorized by applicable law.
4. Award punitive damages only to the extent legally available.
5. Award liquidated/statutory damages where authorized, including under the Equal Pay Act.
6. Award prejudgment and post-judgment interest where legally available.
7. Award costs and recoverable expenses of this action.
8. Grant appropriate equitable and/or injunctive relief where authorized.
9. Grant such other and further relief as the Court deems just and proper.

Plaintiff requests a jury trial on all issues for which a jury trial is available.